# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1831
_____

Kimberly-Cherese Robinson

*Plaintiff - Appellant*

v.

Wells Fargo, N.A.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri

_____

Submitted: November 1, 2023
Filed: November 6, 2023
[Unpublished]

_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Missouri resident Kimberly-Cherese Robinson appeals the district court's[1] dismissal of her pro se complaint on res judicata grounds. Upon careful de novo

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

review, *see Smith v. Johnson*, 779 F.3d 867, 870 (8th Cir. 2015) (standard of review), we conclude the district court did not err in finding the claims were barred by res judicata, *see Taylor v. Sturgell*, 553 U.S. 880, 891 (2008) (using federal common law to determine preclusive effect of federal court judgment in federal-question case); *Lane v. Peterson*, 899 F.2d 737, 742 (8th Cir. 1990) (stating elements of res judicata under federal law).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____